**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

TAMERA TERWILLIGER,

      Plaintiff,

v.                                      CASE NO. 1:12-cv-00129-MP-GRJ

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

      Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and

Recommendation dated April 17, 2013. (Doc. 14). The parties have been furnished a copy of

the Report and Recommendation and have been afforded an opportunity to file objections

pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo*

determination of any timely filed objections. The time for filing objections has passed, and none

have been filed.

Having considered the Report and Recommendation, and any objections thereto timely

filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.      The magistrate judge's Report and Recommendation is adopted and incorporated
         by reference in this order.

2.     The final decision of the Commissioner of Social Security denying plaintiff's applications for disability insurance benefits and Supplemental Security Income benefits is AFFIRMED.

**DONE AND ORDERED** this _ *21st* day of May, 2013

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge